Kevin M.(Casey) Christensen (Bar No. 168119)
cchristensen@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600, Facsimile: 925.930.6620

Carol A. Gefis (Bar No. 147814)
cgefis@archernorris.com
ARCHER NORRIS
4695 MacArthur Court, Suite 350
Newport Beach, CA  92660-8816
Telephone:  949.975.8200, Facsimile: 949.975.8210

Attorneys for Defendant
EASTGATE PETROLEUM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARENE E. RAMBO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASTGATE PETROLEUM, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.  CV10-00601-AHM (SSx)<br><br>**ORDER REMANDING MATTER TO STATE COURT**<br><br>Judge:     Hon. A. Howard Matz |

Based upon the stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this action shall be, and the same hereby is, REMANDED to the Los Angeles County Superior Court.

Dated:  February 09, 2010

**JS-6**

_____
Honorable A. HOWARD MATZ
Judge of the District Court

ORDER REMANDING MATTER TO STATE COURT